■ In the Matter of EDRIIS HARRELL, an Infant, by His Mother and Natural Guardian, DARIE FRANKLIN, et al., Respondents, v NEW YORK CITY HEALTH AND HOSPITALS CORPORATION et al., Appellants. [614 NYS2d 196] —In a proceeding pursuant to General Municipal Law § 50-e (5), the appeal is from an order of the Supreme Court, Kings County (Clemente, J.), dated March 19, 1992, which, upon reargument, granted the infant-petitioner's motion for leave to serve a late notice of claim.

Ordered that the order is affirmed, without costs or disbursements.

We find that the Supreme Court properly granted the infant-petitioner leave to serve a late notice of claim. We note that the application of the copetitioner Darie Franklin for similar relief was previously withdrawn. Miller, J. P., Altman, Goldstein and Florio, JJ., concur.

■ In the Matter of CECIL M. HILAIRE, Appellant, v NEW YORK CITY TRANSIT AUTHORITY, Respondent. [614 NYS2d 196] — In a proceeding pursuant to CPLR 7511 to vacate an arbitration award, the petitioner appeals from an order of the Supreme Court, Kings County (Hutcherson, J.), dated May 19, 1992, which dismissed the proceeding.

Ordered that the order is affirmed, with costs.

We agree with the Supreme Court that the petitioner has no standing to challenge the arbitration award at issue *(see, Berlyn v Board of Educ.,* 80 AD2d 572, 573). In any event, we find no basis to vacate or modify the award *(see,* CPLR 7511). Thompson, J. P., Rosenblatt, Pizzuto and Florio, JJ., concur.